IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARK D. MARSHALL,

                                     ORDER

            Plaintiff,

                                 3:07-cv-173-bbc

    v.

PHIL KINGSTON, Warden of Waupun,
JEFFREY GARBELMAN, Psychologist,
MARY GORSKI, Nurse Practitioner, ICE JAMES
MUENCHOW, ICE THERESA MURPHY,
BELINDA SCHRUBBEE, HSU Manager,
LIEUTENANT HOLM and BRUCE SIEDSCHLAG,
Seg. Unit Manager,

           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In response to this court's order dated December 26, 2007, counsel for defendants has investigated plaintiff's claims in his November 26, 2007 motion that he is not being treated for his continuing suicidal ideation and he has reported the results of that investigation within the time requested by the court. From counsel's report I am satisfied that plaintiff is receiving adequate mental health care for his immediate mental health needs. Therefore, this

1

case remains stayed in its entirety pending appointment of counsel.

Entered this 4th day of January, 2008.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2