# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| MARK D. MARSHALL, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | Case No.: 07-cv-173-bbc |
| v. | |
| JEFFREY GARBELMAN, GARY ANKARLO, DONALD STRAHOTA, DEBRA FISCHER, EUGENE BRAAKSMA, MICHAEL MEISNER, MICHAEL THURMER, LT. BREAMER, LT. GREFF, and SGT. BEASLEY, | |
| Defendants. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

**This case is dismissed with prejudice against defendants.**

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____                              _____11/13/08_____
**by Deputy Clerk**                                                                                           Date